PROB 12B
(7/93)

# United States District Court

for

## District of New Jersey

## Request for Modifying the Conditions or Term of Supervision with Consent of the Offender

*(Probation Form 49, Waiver of Hearing is Attached)*

Name of Offender: Anthony Senatore                                Cr.: 06-CR-00109-001

Name of Sentencing Judicial Officer: The Honorable Faith Hochberg

APR 30 2007

Date of Original Sentence: 7/5/06

Original Offense: Wholesale Distribution of Prescription Drugs.

Original Sentence: 5 Years Probation, with Special Conditions for Home Confinement, Financial Disclosure, Restrictions from Opening New Lines of Credit, and DNA Testing.

Type of Supervision: Probation                                Date Supervision Commenced: 7/5/06

### PETITIONING THE COURT

[ ]  To extend the term of supervision for        Years, for a total term of        Years.
[X]  To modify the conditions of supervision as follows. The addition of the following special condition(s):

The defendant shall refrain from the illegal possession and/or use of drugs and shall submit to urinalysis or other forms of testing to ensure compliance. It is further ordered that the defendant shall submit to drug treatment, and/or alcohol treatment on an outpatient or inpatient basis, or a detoxification program as directed by the U.S. Probation Office. The defendant shall abide by the rules of any program and shall remain in treatment until satisfactorily discharged with the approval of the U.S. Probation Office.

The Defendant shall pay the cost of such treatment/detoxification to the degree he or she is reasonably able, and shall co-operate in securing any applicable third party payments, such as insurance or medicare. The defendant shall disclose all financial information and documents to the U.S. Probation Office to assess his or her ability to pay. The defendant shall not consume any alcohol or other intoxicants during and after treatment/detoxification, unless granted a prescription by a licensed physician and proof of same is provided to the U.S. probation Office.

### CAUSE

During his supervision term the offender tested positive for cocaine use on two occasions, specifically on August 22, 2006, and February 26, 2007. As a result of his drug use, the offender has agreed to participate in drug treatment and to the modification of his conditions as noted above.

Respectfully submitted,

By: Norma de Armas
Senior U.S. Probation Officer
Date: 4/13/07

PROB 12B - Page 2
Anthony Senatore

THE COURT ORDERS:

[✓] The Modification of Conditions as Noted Above
[ ] The Extension of Supervision as Noted Above
[ ] No Action
[ ] Other

_____
Signature of Judicial Officer

5/3/07
_____
Date

PROB 49

Waiver of Hearing to Modify Conditions
of Probation/Supervised Release or Extend Term of Supervision

# UNITED STATES DISTRICT COURT
## for the
# DISTRICT OF NEW JERSEY

I have been advised and understand that I am entitled by law to a hearing and assistance of counsel before any unfavorable change may be made in my Conditions of Probation and Supervised Release or my period of supervision being extended. By 'assistance of counsel', I understand that I have the right to be represented at the hearing by counsel of my own choosing if I am able to retain counsel. I also understand that I have the right to request the Court to appoint counsel to represent me at such a hearing at no cost to myself if I am not able to retain counsel of my own choosing.

I hereby voluntarily waive my statutory right to a hearing and to assistance of counsel. I also agree to the following modification of my Conditions of Probation and Supervised Release or to the proposed extension of my term of supervision:

**The defendant shall participate in an outpatient and/or inpatient drug and / or alcohol treatment or detoxification program approved by the Probation Department. The defendant shall pay the costs of such treatment/detoxification to the degree he or she is reasonably able, and shall cooperate in securing any applicable third party payment, such as insurance or medicare. The defendant shall disclose all financial information and documents to the Probation Department to assess his or her ability to pay. The defendant shall not consume any alcohol or other intoxicants during and after treatment/detoxification, unless granted a prescription by a licensed physician and proof of same is provided to the Probation Department. The defendant shall submit to drug testing during and after treatment to ensure absence from drugs**

Witness: _____   Signed: _____
Stephen L. Sandford                              Anthony Senatore
Senior U.S. Probation Officer                Probationer

March 1, 2007
DATE